UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:18-CR-183 |
| | ) | 3:20-CR-025 |
| | ) | |
| FREDRICK D. HALL | ) | |

## **O R D E R**

On June 19, 2020, United States Magistrate Judge C. Clifford Shirley conducted a change of plea hearing and filed a Report and Recommendation ("R&R") recommending: (1) that the Court find that the plea hearing in this case could not be further delayed without serious harm to the interests of justice; (2) that the defendant's plea of guilty to the charges in Counts One and Two of the information in Case No. 3:20-CR-025 be accepted; (3) that the defendant be found guilty of those charges; (4) that a decision on whether to accept the plea agreement be deferred until sentencing; and (5) that the defendant remain in custody until his sentencing hearing.  [Case No. 3:20-CR-025, doc. 7].  No objections have been filed to the R&R, and the time for doing so has now passed.  *See* Fed. R. Crim. P. 59(b)(2).

The Court has thoroughly reviewed the R&R and the parties' filings.  Having done so, Magistrate Judge Shirley's R&R [Case No. 3:20-CR-025, doc. 7] is **ACCEPTED** and **ADOPTED** in full.

Pursuant to 28 U.S.C. § 636(b)(1), it is **ORDERED** that:

1.  The plea hearing conducted in this case on June 19, 2020, could not have been further delayed without serious harm to the interests of justice;

2.  The defendant's plea of guilty to the charges in Counts One and Two of the Information in Case No. 3:20-CR-025, that is, of knowingly conspiring to distribute a quantity of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846 (Count One), and of knowingly possessing firearms in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A) (Count Two), is **ACCEPTED**;

3.  The defendant is **ADJUDGED** guilty of Counts One and Two of the Information in Case No. 3:20-CR-025;

4.  The decision whether to accept the parties' plea agreement is **DEFERRED** until sentencing; and

5.  The defendant shall remain in custody until sentencing, which is scheduled to take place on **Tuesday, October 20, 2020, at 10:00 a.m.** in Knoxville.

     **IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

2